## GARCIA v. STATE.
### No. 26275.

Court of Criminal Appeals of Texas.

Feb. 25, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $50.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

## TRENT v. STATE.
### No. 26287.

Court of Criminal Appeals of Texas.

Feb. 25, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is on a plea of guilty before the court for violation of the liquor law, the punishment being a fine of $400.

No statement of facts or bills of exception are found in the record and the proceedings appear to be regular.

The judgment is affirmed.